# United States Bankruptcy Court
## District of Nevada

Case No. **10–52786–gwz**
Chapter 7

In re: (Name of Debtor)
    ALEX F ACHACOSO
    11645 CLAIM STAKE DR
    RENO, NV 89506

    PATRICIA TESSIE A GAPUZ
    aka TESSIE A GAPUZ
    aka PATRICIA GAPUZ
    11645 CLAIM STAKE DR
    RENO, NV 89506

Social Security No.:
    xxx–xx–6415

    xxx–xx–2460

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT KEITH J TIERNEY is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/18/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court